C. A. 6th Cir. Reported below: 96 Fed. Appx. 994;
C. A. 11th Cir. Reported below: 116 Fed. Appx. 246;
C. A. 11th Cir. Reported below: 125 Fed. Appx. 978;
C. A. 3d Cir. Reported below: 374 F. 3d 206;
C. A. 11th Cir. Reported below: 125 Fed. Appx. 976;
C. A. 11th Cir. Reported below: 125 Fed. Appx. 976;
C. A. 5th Cir. Reported below: 117 Fed. Appx. 914;
C. A. 4th Cir. Reported below: 111 Fed. Appx. 683;
C. A. 5th Cir. Reported below: 114 Fed. Appx. 627;
C. A. 5th Cir. Reported below: 113 Fed. Appx. 641;
C. A. 5th Cir. Reported below: 117 Fed. Appx. 327;
C. A. 5th Cir. Reported below: 114 Fed. Appx. 153;
C. A. 10th Cir. Reported below: 116 Fed. Appx. 236; and
C. A. 4th Cir. Reported below: 112 Fed. Appx. 894. Motions of petitioners for leave to proceed in forma pauperis granted. Certio-rari granted, judgments vacated, and cases remanded for further consideration in light of United States v. Booker, 543 U. S. 220 (2005).